Envelope Details

Print this page

# Case # 201064487 - MALLORY, JOEL D JR v J P MORGAN CHASE BANK N A

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/24/2015 9:37:01 PM

CHRISTOPHER A. PRINE
Clerk

## Case Information

| | |
|---|---|
| Location | Harris County - 151st Civil District Court |
| Date Filed | 10/20/2014 08:30:19 PM |
| Case Number | 201064487 |
| Case Description | MALLORY, JOEL D JR v J P MORGAN CHASE BANK N A |
| Assigned to Judge | |
| Attorney | Joel Mallory |
| Firm Name | Mallory & Associates |
| Filed By | Joel Mallory |
| Filer Type | Pro Se Filer |

## Fees

| | |
|---|---|
| Convenience Fee | $1.82 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $61.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $64.82 |

## Payment

| | |
|---|---|
| Account Name | JOEL MALLORY |
| Transaction Amount | $64.82 |
| Transaction Response | Approved |
| Transaction ID | 4782392 |
| Order # | 002893500-0 |

**Motion for New Trial**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Motion for New Trial |
| Filing Description | cover document for submission of payment |
| Reference Number | |
| Comments | payment for motion to reinstate and alternatively, motion for new trial |
| Status | Accepted |
| Accepted Date | 10/21/2014 08:34:18 AM |

**Fees**

| | |
|---|---|
| Court Fee | $61.00 |
| Service Fee | $0.00 |

**Documents**

*Lead Document*        cover doc for mnt payment.pdf    [Original]  [Transmitted]